```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 06 B 06314
    EUNICE M HODGE
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7816


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 06/01/2006 and was confirmed 07/20/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/29/2008.
---------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG          .00            .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE    22794.41            .00        9197.70
NUVELL CREDIT CO LLC      SECURED          17796.57         4631.46       3094.48
ADT SECURITY              NOTICE ONLY      NOT FILED           .00            .00
ADT SECURITY SYSTEMS      UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK          NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         2335.82            .00         135.50
CHARTER ONE BANK          UNSECURED        NOT FILED           .00            .00
CHARTER ONE               NOTICE ONLY      NOT FILED           .00            .00
CHECK N GO                UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1763.87            .00         102.32
HOUSEHOLD BANK            NOTICE ONLY      NOT FILED           .00            .00
MIDLAND CREDIT MANAGMENT  NOTICE ONLY      NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          662.47            .00          38.43
PREMIER BANKCARD          NOTICE ONLY      NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED              .00           .00            .00
CAPITAL ONE               UNSECURED              .00           .00            .00
CAPITAL ONE               UNSECURED        NOT FILED           .00            .00
PARAGON WAY INC           UNSECURED         1135.36            .00          65.86
NATIONAL CITY MORTGAGE    NOTICE ONLY      NOT FILED           .00            .00
CARL B BOYD               DEBTOR ATTY       1,674.00                      1,674.00
TOM VAUGHN                TRUSTEE                                         1,257.25
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                 20,197.00

PRIORITY                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 06314 EUNICE M HODGE
```

```
SECURED                                                     12,292.18
    INTEREST                                                 4,631.46
UNSECURED                                                      342.11
ADMINISTRATIVE                                               1,674.00
TRUSTEE COMPENSATION                                         1,257.25
DEBTOR REFUND                                                     .00
                                         ---------------   ---------------
TOTALS                                       20,197.00         20,197.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 08/26/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                            PAGE   2
CASE NO. 06 B 06314 EUNICE M HODGE